177 A.3d 125

JPRC, INC. T/A LIQUID ASSETS, PETITIONER–PETITIONER, v.
NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE
DEVELOPMENT, RESPONDENT–RESPONDENT.

C–434 September Term 2017
079984

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001736–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.